UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

YOLANDA N WILLIAMS

CASE NO. 8:10-bk-07072-MGW
CHAPTER 13

Debtor(s).
_____/

## CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Creditor, U.S. BANK, N.A., by and through its undersigned attorney, files its Objection to the Confirmation of Debtor's Chapter 13 Plan and as grounds thereto states as follows:

1. The Proof of Claim filed by Creditor on June 21, 2010, shows total arrearage due under its mortgage of $16,526.91, including attorney fees and costs.
2. The Chapter 13 Plan filed by Debtor on March 29, 2010, DE #2, includes arrears of $10,846.68.
3. Debtor's Plan fails to provide for full payment of the subject secured claim in violation of the requirements of §1325 (a) (5).
4. Creditor does not agree to payments outside of the Plan.
5. Creditor has not accepted the Plan.

WHEREFORE, Creditor files this objection to confirmation of plan and moves the Court to deny confirmation of said plan.

DOUGLAS C. ZAHM, P.A.

/s/ Carol A. Lawson
Douglas C. Zahm, Esquire
Florida Bar No. 166240
Douglas M. Bales, Esquire
Florida Bar No. 0767270
Carol A. Lawson, Esquire
Florida Bar No. 132675
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Fax No. (727) 539-1094
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Objection to the Confirmation of Debtor's Chapter 13 Plan was served as follows:

The parties identified below were served by NEF on this 23rd day of June, 2010.

WILLIAM J RINALDO, ESQUIRE
1102 SOUTH FLORIDA AVENUE
LAKELAND, FL 33803

TERRY E SMITH
PO BOX 6099
SUN CITY CENTER, FL 33571

TAMPA DIVISION
UNITED STATES TRUSTEE - TPA7
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602

The parties identified below were served on the 23rd day of June, 2010 by U.S. Mail.

YOLANDA N WILLIAMS
P.O. BOX 963
BARTOW, FL 33830

/s/ Carol A. Lawson
Douglas C. Zahm, Esquire
Florida Bar No. 166240
Douglas M. Bales, Esquire
Florida Bar No. 0767270
Carol A. Lawson, Esquire
Florida Bar No. 132675
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Fax No. (727) 539-1094
Attorney for Creditor